B1 (Official Form) 1 (04/13)

| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK | VOLUNTARY PETITION |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Genco Shipping & Trading Limited** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>N/A |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names):<br>None | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names):<br>N/A |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all):<br>98-0439758 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all):<br>N/A |
| Street Address of Debtor (No. and Street, City, and State):<br>299 Park Avenue, 12th Floor<br>New York, NY                     ZIP CODE 10171 | Street Address of Joint Debtor (No. and Street, City, and State):<br>N/A                                      ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>New York | County of Residence or of the Principal Place of Business: N/A |
| Mailing Address of Debtor (if different from street address):                                      ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>N/A                                      ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above): The debtor and its affiliated debtors collectively are engaged in the ocean transportation of drybulk cargoes worldwide through the ownership and operation of drybulk carrier vessels. As such, in the ordinary course of their business, certain assets of the debtors, including their vessels, are located in various international ports and cities.                                      ZIP CODE | |

| **Type of Debtor**<br>(Form of Organization)<br>(Check **one** box.) | **Nature of Business**<br>(Check **one** box.) | **Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☒ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☒ Other: Shipping/shipping-related | ☐ Chapter 7           ☐ Chapter 15 Petition for<br>☐ Chapter 9           Recognition of a Foreign<br>☒ Chapter 11          Main Proceeding<br>☐ Chapter 12         ☐ Chapter 15 Petition for<br>☐ Chapter 13          Recognition of a Foreign<br>                                Nonmain Proceeding |

| **Chapter 15 Debtors**<br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | **Tax-Exempt Entity**<br>(Check box, if applicable.)<br><br>☐ Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check **one** box.)<br><br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose." ☒ Debts are primarily business debts. |
|---|---|---|

| **Filing Fee** (Check one box.) | **Chapter 11 Debtors** |
|---|---|
| ☒ Full Filing Fee attached.<br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Check one box:**<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (*amount subject to adjustment on 4/01/16 and every three years thereafter*).<br>-----------------------------------------------------------<br>**Check all applicable boxes:**<br>☒ A plan is being filed with this petition.<br>☒ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**

☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors (on a consolidated basis)

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets (on a consolidated basis)

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ |

Estimated Liabilities (on a consolidated basis)

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ |

| **Voluntary Petition**<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s)<br>**Genco Shipping & Trading Limited** | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
| Location<br>Where Filed: N/A | Case Number:<br>N/A | Date Filed: |
| Location<br>Where Filed: N/A | Case Number:<br>N/A | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
| Name of Debtor: See Schedule 1 | Case Number: Not yet assigned | Date Filed: April 21, 2014 |
| District: Southern District of New York | Relationship: Affiliates | Judge: Not yet assigned |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☒  Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X  _N/A_____<br>     Signature of Attorney for Debtor(s)         (Date) |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐  Yes, and Exhibit C is attached and made a part of this petition.

☒  No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐  Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

☐  Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

**Information Regarding the Debtor – Venue**
(Check any applicable box.)

☒  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☒  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐  Landlord has a judgment against the debtor for possession of debtor's residence.  (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐  Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing.

☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(1)).

**B1 (Official Form 1) (04/13)**                                                                      **Page 3**

| **Voluntary Petition** *(This page must be completed and filed in every case.)* | Name of Debtor(s): **Genco Shipping & Trading Limited** |
|---|---|

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b). I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. X _____ Signature of Debtor X _____ Signature of Joint Debtor _____ Telephone Number (if not represented by attorney) _____ Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. (Check only **one** box.) ☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached. ☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. X _____ (Signature of Foreign Representative) _____ (Printed Name of Foreign Representative) _____ Date |
| **Signature of Attorney*** X /s/ Adam C. Rogoff, Esq. Signature of Attorney for Debtor(s) Adam C. Rogoff, Esq. Printed Name of Attorney for Debtor(s) Kramer Levin Naftalis & Frankel LLP Firm Name 1177 Avenue of the Americas, New York, NY 10036 Address (212) 715-9100 Telephone Number April 21, 2014 Date *In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect | **Signature of Non-Attorney Bankruptcy Petition Preparer** I declare under penalty of perjury that:(1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached. _____ Printed Name and title, if any, of Bankruptcy Petition Preparer _____ Social-Security number (if the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.) _____ Address X_____ Signature _____ Date Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above. Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual. If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person. *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |
| **Signature of Debtor (Corporation/Partnership)** I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition. X /s/ John C. Wobensmith Signature of Authorized Individual John C. Wobensmith Printed Name of Authorized Individual Chief Financial Officer Title of Authorized Individual April 21, 2014 Date | |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re: : Chapter 11
:
GENCO SHIPPING & TRADING LIMITED, et al., : Case No. [ ]
:
:
Debtors. : Joint Administration Pending
---------------------------------------------------------------x

**EXHIBIT "A" TO VOLUNTARY PETITION**

1. If any of the debtors' securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is 0001326200.

2. The following financial data is the latest available information and refers to the debtor's condition as of February 28, 2014.[1]

   a. Total assets                                              $ 2.448 billion

   b. Total debts (including debts listed in 2.c., below)        $ 1.475 billion

   c. Debt securities held by more than 500 holders.                              Approximate
                                                                                  Number of holders:

   | | | | | |
   |---|---|---|---|---|
   | secured ☐ | unsecured ☒ | subordinated ☐ | $125,000,000 | Unknown |
   | secured ☐ | unsecured ☐ | subordinated ☐ | $ | |
   | secured ☐ | unsecured ☐ | subordinated ☐ | $ | |
   | secured ☐ | unsecured ☐ | subordinated ☐ | $ | |
   | secured ☐ | unsecured ☐ | subordinated ☐ | $ | |

   d. Number of shares of preferred stock        0

   e. Number of shares common stock              44,449,407        Unknown

      Comments, if any:

3. Brief description of debtor's business: Ocean transportation of drybulk cargoes worldwide.

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor: Peter C. Georgiopoulos, Dimensional Fund Advisors LP, Strategic Value Partners, LLC, Victor Khosla, OZ Management LP, OZ Management II LP, Och-Ziff Holding Corporation, Och-Ziff Holding II LLC, Och-Ziff Capital Management Group LLC, Och-Ziff Capital Management Group LLC, and Daniel S. Och                  .

---

[1] This reflects the "book value" of the Vessels, which is calculated as the cost of purchase less accumulated depreciation over a 25-year useful life prepared in accordance with GAAP. However, "book value" is not indicative of market value. Figures are presented as of February 28, 2014 and are preliminary and unaudited.

## Schedule 1

### List of Affiliated Debtors (including the Debtor)

On the date hereof, each of the entities listed below filed a voluntary petition for relief under Chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the Southern District of New York. For ease sake, the below list also includes this Debtor. All other entities are affiliates of the Debtor. Such entities have filed or shortly will file a motion requesting that their Chapter 11 cases be consolidated for procedural purposes only and jointly administered.

| Company Name | |
| --- | --- |
| Genco Shipping & Trading Limited | Genco Management (USA) LLC |
| Genco Acheron Limited | Genco Mare Limited |
| Genco Aquitaine Limited | Genco Marine Limited |
| Genco Ardennes Limited | Genco Maximus Limited |
| Genco Augustus Limited | Genco Muse Limited |
| Genco Auvergne Limited | Genco Normandy Limited |
| Genco Avra Limited | Genco Ocean Limited |
| Genco Bay Limited | Genco Picardy Limited |
| Genco Beauty Limited | Genco Pioneer Limited |
| Genco Bourgogne Limited | Genco Predator Limited |
| Genco Brittany Limited | Genco Progress Limited |
| Genco Carrier Limited | Genco Prosperity Limited |
| Genco Cavalier LLC | Genco Provence Limited |
| Genco Challenger Limited | Genco Pyrenees Limited |
| Genco Champion Limited | Genco Raptor LLC |
| Genco Charger Limited | Genco RE Investments LLC |
| Genco Claudius Limited | Genco Reliance Limited |
| Genco Commodus Limited | Genco Rhone Limited |
| Genco Constantine Limited | Genco Ship Management LLC |
| Genco Explorer Limited | Genco Spirit Limited |
| Genco Hadrian Limited | Genco Success Limited |
| Genco Hunter Limited | Genco Sugar Limited |
| Genco Investments LLC | Genco Surprise Limited |
| Genco Knight Limited | Genco Thunder LLC |
| Genco Languedoc Limited | Genco Tiberius Limited |
| Genco Leader Limited | Genco Titus Limited |
| Genco Loire Limited | Genco Vigour Limited |
| Genco London Limited | Genco Warrior Limited |
| Genco Lorraine Limited | Genco Wisdom Limited |

## Consolidated List of Holders of the 40 Largest Unsecured Claims[1]

Contemporaneously with the filing of the petitions, the Company[2] filed a motion requesting, among other things, authority to file a consolidated list of the 40 largest unsecured creditors (the "**Top 40 List**") in lieu of separate lists of each entity's 20 largest unsecured creditors. Attached hereto is the Top 40 List which is based on the Company's books and records as of approximately April 21, 2014, unless indicated otherwise. The Top 40 List was prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in the Chapter 11 Cases. The Top 40 List does not include: (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101(31); or (2) secured creditors, unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 40 largest unsecured claims.

Following is the list of the Company's creditors holding the forty (40) largest unsecured claims. The list has been prepared on a consolidated basis for all entities, based upon the Company's consolidated books and records.

Except as set forth above, the list of creditors has been prepared in accordance with Rule 1007(d) of the Federal Rules of Bankruptcy Procedure and Local Rule 1007-2(a)(4).

The information contained herein shall not constitute an admission of liability by, nor is it binding, on the Company. The Company reserves all rights to assert that any debt or claim listed herein is a disputed claim or debt, and to challenge the priority, nature, amount or status of any such claim or debt. In the event of any inconsistencies between the summaries set forth below and the respective corporate and legal documents relating to such obligations, the descriptions in the corporate and legal documents shall control.

---

[1] The Debtors are currently paying for certain professionals under its three secured credit facilities and the indenture for its convertible senior notes. Any claims held by these professionals are part of the claims associated with those facilities or indenture and are not included in this Top 40 List.

[2] Capitalized terms used but not defined herein shall have the same meanings ascribed to them in the Declaration of John C. Wobensmith Pursuant to Local Bankruptcy Rule 1007-2 and in Support of First Day Motions and Applications.

| (1) *Name of creditor and complete mailing address, including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff[3]* | (5) *Amount of claim (if secured also state value of security)* |
|---|---|---|---|---|
| The Bank of New York Mellon<br>Corporate Finance Division<br>525 William Penn Place<br>38th Floor<br>Pittsburgh, PA 15259 | The Bank of New York Mellon<br>Corporate Finance Division<br>525 William Penn Place<br>38th Floor<br>Pittsburgh, PA 15259<br>Attention: Corporate Trust Division<br>Corporate Finance Unit<br>Facsimile: (412) 234-1209 | Bond Debt | | $125,000,000.00<br>(exclusive of interest) |
| Wallem Ship Management Limited<br>12/F Warwick House East Taikoo Place 979 King's Road<br>Quarry Bay, Hong Kong | Wallem Ship Management Limited<br>12/F Warwick House East Taikoo Place 979 King's Road<br>Quarry Bay, Hong Kong<br>Phone: 852-2876-8200<br>Fax: 852-2876-1234<br>Email: wsmhk@wallem.com<br>rms@wallem.com | Trade | | $7,766,104.13[4] |
| Chengxi Shipyard and Co Ltd.<br>No 1 Hengshan Road<br>Jiangyin Jiangsu, China | Chengxi Shipyard and Co Ltd.<br>No 1 Hengshan Road<br>Jiangyin Jiangsu, China | Trade | | $2,584,900.00 |
| Anglo Eastern Ship Management<br>23rd Floor<br>248 Queen's Road East<br>Wanchai, Hong Kong | Anglo Eastern Ship Management<br>23rd Floor<br>248 Queen's Road East<br>Wanchai, Hong Kong<br>Phone: 852-2863-6111<br>Fax: 852-2861-2419<br>Email: Notices.hkg@angloeasterngroup.com | Trade | | $2,175,785.98[5] |
| V.Ships UK<br>1st Floor<br>63 Queen Victoria Street<br>London EC4N 4UA<br>United Kingdom | V.Ships UK<br>1st Floor<br>63 Queen Victoria Street<br>London EC4N 4UA<br>United Kingdom<br>Phone: 44-141-243-2435<br>Fax: 44-141-243-2436<br>Email: john.brechin@vships.com | Trade | | $1,394,381.19[6] |

---

[3] All claims may be subject to offsets, discounts, reconciliations, credits, and adjustments, which are not reflected on this list.
[4] As of March 31, 2014.
[5] As of March 31, 2014.
[6] As of March 31, 2014.

**Genco Shipping & Trading Limited**

| (1) *Name of creditor and complete mailing address, including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff[3]* | (5) *Amount of claim (if secured also state value of security)* |
|---|---|---|---|---|
| Leeds & Leeds Inc.<br>74 Trinity Place<br>New York, NY 10006 | Leeds & Leeds Inc.<br>74 Trinity Place<br>New York, NY 10006 | Insurance | | $455,375.42 |
| United Kingdom Mutual Steamship Assurance<br>90 Fenchurch Street<br>London EC3M 4ST<br>United Kingdom | United Kingdom Mutual Steamship Assurance<br>90 Fenchurch Street<br>London EC3M 4ST<br>United Kingdom | Insurance | | $99,378.13 |
| Skuld<br>Rådhusgaten 27, 0158<br>Oslo, Norway | Skuld<br>Rådhusgaten 27, 0158<br>Oslo, Norway | Insurance | | $78,468.00 |
| Gard As<br>PO Box 789 Stoa No-4809<br>Arendal, Norway | Gard As<br>PO Box 789 Stoa No-4809<br>Arendal, Norway | Insurance | | $58,196.83 |
| NYSE Market, Inc.<br>11 Wall Street<br>New York, NY 10005 | NYSE Market, Inc.<br>11 Wall Street<br>New York, NY 10005<br>Phone: 212-656-4944<br>Fax: 212-656-5549<br>Email: lcbilling@nyse.com<br>InvestorRelations@nyx.com | Regulatory | | $45,016.00 |
| Thomson Reuters (Markets) LLC<br>610 Opperman Drive<br>Eagan, MN 55123 | Thomson Reuters (Markets) LLC<br>610 Opperman Drive<br>Eagan, MN 55123<br>Attn: Alex Hunt<br>Alex.hunt@thomsonreuters.com | Trade | | $41,701.00 |
| Winter Scott Solicitors<br>St Olave's House<br>Ironmonger Lane<br>London, EC2V 8EY | Winter Scott Solicitors<br>St Olave's House<br>Ironmonger Lane<br>London, EC2V 8EY<br>Attn: Glenn Winter<br>gwinter@winterscott.co.uk<br>Fax: +44 (0)20 7726 2371 | Trade | | $39,381.52 |
| Hyundae Express Co., Ltd.<br>Sunhwa-dong, Jung-gu<br>Seoul, South Korea | Hyundae Express Co., Ltd.<br>Sunhwa-dong, Jung-gu<br>Seoul, South Korea<br>Phone: 82-2-753-0311 | Trade | Contingent | $28,861.95 |

| (1) *Name of creditor and complete mailing address, including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff[3]* | (5) *Amount of claim (if secured also state value of security)* |
|---|---|---|---|---|
| ICAP Shipping USA Inc.<br>850 Canal Street<br>Stamford, CT 06902 | ICAP Shipping USA Inc.<br>850 Canal Street<br>Stamford, CT 06902<br>Phone: 203-487-7000<br>Fax: 203-487-7070<br>Email: dry@us.icapshipping.com | Trade | Contingent | $25,096.88 |
| Rs Platou<br>Haakon Vll's Gate 10<br>PO Box 1604<br>Vika N-0119<br>Oslo, Norway | Rs Platou<br>Haakon Vll's Gate 10<br>PO Box 1604<br>Vika N-0119<br>Oslo, Norway | Trade | Contingent | $15,474.61 |
| Bancosta<br>26 Rue Adrien-Lachenal, 1207<br>Geneva, Switzerland | Bancosta<br>26 Rue Adrien-Lachenal, 1207<br>Geneva, Switzerland | Trade | Contingent | $15,385.54 |
| DNV GL AS<br>NO-1322<br>Hovik, Norway | DNV GL AS<br>NO-1322<br>Hovik, Norway<br>Phone: 47-87-57-99-00 | Trade | | $11,365.27 |
| BBT Tradeship LLC<br>2115 Linwood Avenue<br>Fort Lee, NJ 07024-5020 | BBT Tradeship LLC<br>2115 Linwood Avenue<br>Fort Lee, NJ 07024-5020 | Trade | Contingent | $10,471.15 |
| Peraco Chartering (USA) LLC<br>2187 Atlantic Street<br>Stamford, CT 06902 | Peraco Chartering (USA) LLC<br>2187 Atlantic Street<br>Stamford, CT 06902 | Trade | Contingent | $7,018.86 |
| Wallem Shipbroking (HK) Ltd.<br>12/F Warwick House East Taikoo Place 979 King's Road<br>Quarry Bay, Hong Kong | Wallem Shipbroking (HK) Ltd.<br>12/F Warwick House East Taikoo Place 979 King's Road<br>Quarry Bay, Hong Kong<br>Phone: 852-2876-8800<br>Email: wcshk@wallem.com | Trade | Contingent | $6,448.84 |
| Clarkson<br>St. Magnus House<br>3 Lower Thames Street<br>London EC3R 6HE<br>United Kingdom | Clarkson<br>St. Magnus House<br>3 Lower Thames Street<br>London EC3R 6HE<br>United Kingdom<br>Phone: 44 (0) 20-7334-0000<br>Email: Accounts.drycargo@clarksons.com | Trade | Contingent | $4,413.98 |

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff[3] | (5) Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| SSY London<br>1 Portsoken Street<br>London E1 8PH<br>United Kingdom | SSY London<br>1 Portsoken Street<br>London E1 8PH<br>United Kingdom<br>Phone: 44 (0)20-7977-7400<br>Fax: 44 (0)20-7488-2770<br>Email: admin@ssy.co.uk<br>　　　commish@ssy.co.uk | Trade | Contingent | $3,359.90 |
| JF Dillon & Co, LLC<br>300 First Stamford Place<br>2nd Floor<br>Stamford, CT 06902 | JF Dillon & Co, LLC<br>300 First Stamford Place<br>2nd Floor<br>Stamford, CT 06902<br>Phone: 203-327-2900<br>Fax: 203-975-7722<br>Email: ops@ifd.com | Trade | Contingent | $711.09 |
| Venepandi<br>C.C.C.T. Ciudad Centro Comercial Tamanaco, Piramide Invertida Piso, 3, Oficina 311-A, Av. Ernesto Blohm<br>Venezula | Venepandi<br>C.C.C.T. Ciudad Centro Comercial Tamanaco, Piramide Invertida Piso, 3, Oficina 311-A, Av. Ernesto Blohm<br>Venezula | Trade | | $531.11 |
| Staples<br>500 Staples Dr.<br>Framingham, MA 01702 | Staples<br>500 Staples Dr.<br>Framingham, MA 01702<br>Phone: 1-800-767-1291<br>Fax: 1-801-779-7425 | Trade | | $437.48 |
| Penguin Maintenance<br>26 West Street<br>Brooklyn NY 11222 | Penguin Maintenance<br>26 West Street<br>Brooklyn NY 11222 | Trade | | $381.28 |
| W.B. Mason Co. Inc<br>535 Secaucus Rd<br>Secaucus, NJ 07094 | W.B. Mason Co. Inc<br>535 Secaucus Rd<br>Secaucus, NJ 07094 | Trade | | $318.07 |
| Fedex<br>3875 Airways<br>Module H3 Dept 4634<br>Memphis TN 38116 | Fedex<br>3875 Airways<br>Module H3 Dept 4634<br>Memphis TN 38116 | Trade | | $239.99 |

| (1)  *Name of creditor and complete mailing address, including zip code* | (2)  *Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted* | (3)  *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)  *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff[3]* | (5)  *Amount of claim (if secured also state value of security)* |
|---|---|---|---|---|
| Arrow Ship  Trust Company Complex  Ajeltake Road  Majuro, Marshall Islands | Arrow Ship  Trust Company Complex  Ajeltake Road  Majuro, Marshall Islands | Trade | Contingent | $150.71 |
| VS Chartering, Inc.  1319, Gwanghwamun Official Building  163 Simmunno 1 GA  Jongno-gu, South Korea | VS Chartering, Inc.  1319, Gwanghwamun Official Building  163 Simmunno 1 GA  Jongno-gu, South Korea | Trade | Contingent | $129.49 |
| Western Bulk Carriers  Henrik Ibsensgt. 100  PO Box 2868  Solli, 0230 Oslo | Western Bulk Carriers  Henrik Ibsensgt. 100  PO Box 2868  Solli, 0230 Oslo | Customer Claim | Contingent | Contingent |
| Trafigura Beheer BV  20th Floor ITO Tower Gustav Mahlerplein 102 1082  MA Amsterdam | Trafigura Beheer BV  20th Floor ITO Tower Gustav Mahlerplein 102 1082  MA Amsterdam | Customer Claim | Contingent | Contingent |
| Pacific Basin Chartering Ltd  7/F Hutchinson House  10 Harcourt Road  Hong Kong | Pacific Basin Chartering Ltd  7/F Hutchinson House  10 Harcourt Road  Hong Kong  Phone: 852-2233-7000  Fax: 852-2865-2810  Email: imosaccounts@pacificbasin.com | Customer Claim | Contingent | Contingent |
| Pioneer Navigation Ltd  The Peek Building, George Street  Nassau, New Providence  Bahamas | Pioneer Navigation Ltd  The Peek Building, George Street  Nassau, New Providence  Bahamas | Customer Claim | Contingent | Contingent |
| Lauritzen Bulkers A/S  28 Sankt Annae Plads  DK-1291  Copenhagen, Denmark | Lauritzen Bulkers A/S  28 Sankt Annae Plads  DK-1291  Copenhagen, Denmark | Customer Claim | Contingent | Contingent |

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff[3] | (5) Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| ED & F MAN SHIPPING<br>Cottons Centre, Hay's Lane<br>London SE1 2QE<br>United Kingdom | ED & F MAN SHIPPING<br>Cottons Centre, Hay's Lane<br>London SE1 2QE<br>United Kingdom<br>Phone: 44-020-7089-8482<br>Fax: 44-020-7089-8010<br>Email: shipops@manshipping.co.uk | Customer Claim | Contingent | Contingent |
| Thoresen Shipping Singapore<br>78 Shenton Way<br>Singapore 079120 | Thoresen Shipping Singapore<br>78 Shenton Way<br>Singapore 079120 | Customer Claim | Contingent | Contingent |
| Hamburg Bulk Carriers<br>GMBH KG<br>Neumühlen 13, 22763<br>Hamburg, Germany | Hamburg Bulk Carriers<br>GMBH KG<br>Neumühlen 13, 22763<br>Hamburg, Germany<br>Phone: 49-40-800-982-0<br>Fax: 49-40-800-982-99<br>Email: ops@hbc-hamburg.com<br>chartering@hbc-hamburg.com | Customer Claim | Contingent | Contingent |
| NYK Bulkship Europe Ltd.<br>1 Ropemaker, Ste<br>London  C2Y 9NY<br>United Kingdom | NYK Bulkship Europe Ltd.<br>1 Ropemaker, Ste<br>London  C2Y 9NY<br>United Kingdom | Customer Claim | Contingent | Contingent |
| Cargill International SA<br>14 chemin de-Normandie<br>CH-1206<br>Geneva, Switzerland | Cargill International SA<br>14 chemin de-Normandie<br>CH-1206<br>Geneva, Switzerland<br>Phone: 41-22-703-2111<br>Fax: 41-22-703-2710 | Customer Claim | Contingent | Contingent |

I, the undersigned authorized officer of the Company, named as the debtor in this case, declare under penalty of perjury that I have reviewed the foregoing and that it is true and correct to the best of my knowledge, information and belief, with reliance on appropriate corporate officers.

Dated: New York, New York
April 21, 2014

By: /s/ John C. Wobensmith
John C. Wobensmith
Title: Chief Financial Officer

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
In re:                                                  :    Chapter 11
                                                        :
GENCO SHIPPING & TRADING LIMITED, et al.,   :    Case No. [ ]
                                                        :
                                                        :
                    Debtors.                            :    Joint Administration Pending
----------------------------------------------------------------x

## CORPORATE OWNERSHIP STATEMENT

In accordance with Rule 1007(a)(1) of the Federal Rules of Bankruptcy Procedure and Rule 1007-3 of the Local Rules for the United States Bankruptcy Court for the Southern District of New York, Genco Shipping & Trading Limited (the "**Debtor**") hereby states that, on a consolidated basis the following entities directly or indirectly own 10% or more of the Company's equity interests:

Peter C. Georgiopoulos owns (directly or indirectly) 10% or more of the Debtor's common stock.

I, the undersigned authorized officer of the Company, named as the Debtor in this case, declare under penalty of perjury that I have reviewed the foregoing and that it is true and correct to the best of my knowledge, information and belief, with reliance on appropriate corporate officers.

Dated: New York, New York
       April 21, 2014

                                            By: /s/ John C. Wobensmith
                                            John C. Wobensmith
                                            Title: Chief Financial Officer

**Genco Shipping & Trading Limited**

SECRETARY'S CERTIFICATE OF RESOLUTIONS OF THE BOARD OF DIRECTORS OF
GENCO SHIPPING & TRADING LIMITED

## SECRETARY'S CERTIFICATE
## OF
## GENCO SHIPPING & TRADING LIMITED

The undersigned, John C. Wobensmith, Secretary of Genco Shipping & Trading Limited, a Marshall Islands corporation (the "**Corporation**"), hereby certifies as follows:

1. I am the duly qualified and elected Secretary of the Corporation, and as such, I am familiar with the facts herein certified.

2. Attached hereto as **Exhibit A** are true, correct, and complete copies of resolutions (the "**Resolutions**") of the board of directors of the Corporation duly adopted by the board of directors of the Corporation on April 21, 2014.  The Resolutions are the only resolutions adopted by the board of directors of the Corporation relating to the subject matter thereof and none of them have been rescinded, amended, or otherwise modified since the date of their adoption and the Resolutions are in full force and effect on the date hereof.

IN WITNESS WHEREOF, the undersigned has executed this certificate as of April 21, 2014.

By: _____
Name: John C. Wobensmith
Title: Secretary

Exhibit A

RESOLUTIONS OF THE BOARD OF DIRECTORS
OF
GENCO SHIPPING & TRADING LIMITED

**Resolutions adopted April 21, 2014:**

WHEREAS, the Board of Directors (the "**Board**") of Genco Shipping & Trading Limited, a Marshall Islands corporation (the "**Corporation**") has considered the financial and operational condition of the Corporation;

WHEREAS, the Board has reviewed the historical performance and results of the Corporation, the market in which the Corporation operates, its business prospects and its current and long-term liabilities;

WHEREAS, the Corporation is a party to: (i) that certain credit agreement, dated as of July 20, 2007, among Genco Shipping & Trading Limited, as borrower, the lenders party thereto from time to time, and Wilmington Trust, National Association, as successor administrative agent and successor collateral agent, as amended to date (the "**2007 Credit Agreement**"); (ii) that certain Loan Agreement, dated as of August 12, 2010 by and among Genco Shipping & Trading Limited, as borrower, and the banks, financial institutions, and companies named therein, including Crédit Agricole Corporate and Investment Bank, as agent and security trustee, as amended to date (the "**$100 Million Credit Facility**"); and (iii) that certain Loan Agreement dated as of August 20, 2010 by and among Genco Shipping & Trading Limited, as borrower, and the banks, financial institutions, companies, and certain subsidiary guarantors as named therein, including Deutsche Bank AG Filiale Deutschlandgeschäft as security agent and bookrunner, as amended to date (the "**$253 Million Credit Facility**" and together with the 2007 Credit Agreement and the $100 Million Credit Facility, the "**Credit Facilities**");

WHEREAS, certain of the Corporation's subsidiaries have guaranteed, mortgaged, or pledged their assets to secure the obligations of the Corporation under each of the Credit Facilities;

WHEREAS, on July 27, 2010, the Corporation issued $125 million of 5.00% Convertible Senior Notes due August 15, 2015 pursuant to that certain First Supplemental Indenture dated as of July 27, 2010 between Genco Shipping & Trading Limited and Bank of New York Mellon, as Trustee (the "**Convertible Notes**");

WHEREAS, the Corporation and its subsidiaries excluding Baltic Trading Limited and its subsidiaries (the "**Genco Subsidiaries**"), entered into that certain Restructuring Support Agreement (the "**Restructuring Support Agreement**"), among the Corporation, the Genco Subsidiaries, certain supporting lenders under the Credit Facilities, and certain supporting holders of Convertible Notes, which contemplates that the Corporation will commence a voluntary bankruptcy case (the "**Chapter 11 Case**") under chapter 11 of title 11 of the United States Code, in the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**") and implement terms and conditions of the Restructuring Support

Agreement through a prepackaged chapter 11 plan of reorganization filed in the Chapter 11 Case (such chapter 11 plan of reorganization, the "**Prepack Plan**");

WHEREAS, the Board previously approved commencing solicitation of votes to accept the Prepack Plan, which actions included distribution of a solicitation package including the Prepack Plan and a Disclosure Statement for the Prepack Plan (the "**Disclosure Statement**"), in each case substantially in the form reviewed by the Board, and execution, delivery, and performance of any further documents and the taking of any further actions deemed necessary, appropriate, or desirable by the proper officers of the Corporation;

WHEREAS, the Board has determined that it is desirable and in the best interests of the Corporation, its creditors, employees, and other interested parties to file the Chapter 11 Case;

**NOW, THEREFORE, BE IT**

**RESOLVED**, that each of the "Authorized Representatives" (as defined below) be, and each of them hereby is, authorized and empowered, in the name and on behalf of the Corporation, to execute and verify the petition under chapter 11 of the Bankruptcy Code with respect to the Corporation, along with all ancillary documents (including, without limitation, the Prepack Plan, the Disclosure Statement, all schedules, motions, lists, applications, pleadings and other papers) as may be required by the Bankruptcy Court and/or Bankruptcy Code and applicable laws and rules, or otherwise determined by such Authorized Representatives to be reasonable, necessary and/or appropriate in connection with the successful prosecution of such Chapter 11 Case, and to cause the same to be filed in the Bankruptcy Court and/or any other applicable court, at such time as the Authorized Representatives executing such petition and/or other documents shall determine; and it is further

**RESOLVED**, that each of the Authorized Representatives be, and hereby is, authorized, empowered and directed in the name and on behalf of the Corporation, including in its capacity as the direct or indirect parent of the Genco Subsidiaries to, and to cause the Genco Subsidiaries to, (i) prepare, negotiate, enter into, execute, deliver, certify, file and/or record, and perform, such agreements, instruments, motions, affidavits, applications, certificates and/or other documents, including for approvals or rulings of governmental or regulatory authorities, (iii) employ and retain all assistance by legal counsel, accountants, financial advisors and other professionals, subject to the approval of the Bankruptcy Court as may be required, and (iii) take and perform any and all such other actions and deeds, as in the judgment of such Authorized Representatives shall be or become reasonable, necessary and/or appropriate in connection with the successful prosecution of such Chapter 11 Case; and it is further

**RESOLVED**, that the appointment by the Corporation of (i) Kramer Levin Naftalis & Frankel LLP, as lead bankruptcy counsel, and (ii) Curtis, Mallet-Prevost, Colt & Mosle LLP, as conflicts counsel, and (iii) Blackstone Advisory Partners L.P., as financial advisor, be and hereby are ratified, approved, confirmed and adopted; and it is further

**RESOLVED**, that in the event the Corporation's common stock (the "**Common Stock**") is suspended from trading or delisted from the New York Stock Exchange, then each of the Authorized Representatives be, and each of them hereby is, authorized and empowered to take,

or cause to be taken, in any such Authorized Representative's sole discretion, all actions necessary or advisable to (i) effect the trading of the common stock of the Corporation on the Over the Counter Bulletin Board interdealer electronic quotation system (the "**OTCBB**") and (ii) to select one or more Market Makers (the "**Market Makers**") and request and cooperate with the Market Makers to take any and all actions required to effect the trading of the common stock on the OTCBB; and it is further

**RESOLVED**, that without limiting the authority granted by the foregoing resolution, the selection of Knight Capital Americas LLC or any of its affiliates as a Market Maker for the Common Stock on the OTCBB be and hereby is authorized, approved, confirmed and adopted; and it is further

**RESOLVED**, that the Authorized Representatives of the Corporation be, and each of them hereby is, authorized and empowered, in the name and on behalf of the Corporation, to execute and deliver all such agreements, certificates, instruments, or other documents, all containing such terms and conditions with such additions thereto, insertions therein or deletions therefrom as any proper officer of the Corporation shall deem necessary, appropriate or desirable, and to take all such further action and to pay all such expenses as any such officer may approve as necessary, proper, convenient or desirable in order to carry out each of the foregoing resolutions and fully to effectuate the purposes and intents thereof, the execution and delivery of any such agreements, certificates, instruments, or other documents, the taking of any such action and the payment of any such expenses to be conclusive evidence of such approval and of the approval thereof by the Board;

**RESOLVED**, that any and all past lawful actions heretofore taken by any Authorized Representative and/or proper officer and/or the Board in the name and on behalf of the Corporation, in furtherance of any or all of the preceding resolutions be and hereby are ratified, approved, confirmed and adopted; and

**RESOLVED**, that each of the President, the Chief Financial Officer, the Principal Accounting Officer, and the Secretary, each acting singly, shall be considered an "**Authorized Representative**" of the Corporation for the purposes of each of the foregoing resolutions.